# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Certusview Technologies, LLC    v.    S&N Locating Services, LLC

No. 16-2605

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: S&N Locating Services, LLC and S&N Communication, LLC
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Daniel O'Connor |
| Law Firm: | Baker & McKenzie LLP |
| Address: | 300 East Randolph Street, Suite 5000 |
| City, State and Zip: | Chicago, IL 60601 |
| Telephone: | 312-861-8000 |
| Fax #: | 312-861-2899 |
| E-mail address: | Daniel.O'Connor@bakermckenzie.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/10/2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Sep 19, 2016    Signature of pro se or counsel /s/Daniel O'Connor

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   9/19/2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Daniel O'Connor | /s/Daniel O'Connor |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---:|---|
| Law Firm | Baker & McKenzie LLP |
| Address | 300 East Randolph Street, Suite 5000 |
| City, State, Zip | Chicago, IL 60601 |
| Telephone Number | 312-861-8000 |
| Fax Number | 312-861-2899 |
| E-Mail Address | Daniel.O'Connor@bakermckenzie.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields