No. 16-2605

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CERTUSVIEW TECHNOLOGIES, LLC,

*Plaintiff-Appellant*,

v.

S&N LOCATING SERVICES, LLC,

*Defendant-Appellee*.

Appeal from the United States District Court for the Eastern District of Virginia in Case No. 2:13-cv-00346-MSD, Judge Mark S. Davis

**NOTICE OF MOTION COVERED BY FEDERAL RULE OF APPELLATE PROCEDURE 4(a)(4)**

In accordance with Appellate Rule 4(a)(4) and Federal Circuit Rule 4, CertusView Technologies, LLC provides notice that on August 24, 2016, S&N Locating Services, LLC and S&N Communications, Inc. filed a Motion for Exceptional Case Filing and Attorneys' Fees pursuant to Federal Rule of Civil Procedure 54(d). (ECF No. 549.) CertusView filed its Opposition on September 9, 2016 (ECF No. 555), and S&N filed its Response in Support of the Motion on September 15, 2016 (ECF No. 558). The District Court has not extended the time to appeal under Rule 58.

Dated: September 21, 2016    s/ Orion Armon
　　　　　　　　　　　　　　　Orion Armon
　　　　　　　　　　　　　　　Counsel for Plaintiff-Appellant
　　　　　　　　　　　　　　　CertusView Technologies, LLC

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

CertusView Technologies, LLC v. S&N Locating Services, LLC et. al

No. 16-2605

# CERTIFICATE OF INTEREST

Counsel for the appellant, CertusView Technologies, LLC, certifies the following:

1. **The full name of every party represented by us is:**

   CertusView Technologies, LLC

2. **The name of the real party in interest represented by us is:**

   CertusView Technologies, LLC

3. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

   CertusView Technologies, LLC is wholly owned by Dycom Investments, Inc., which is wholly owned by Dycom Industries, Inc., a publicly-traded corporation.

4. **The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

   Matthew B. Lowrie, Aaron W. Moore, Michael J. Lockerby, Ruben J. Rodrigues, and Lori A. Rubin of Foley & Lardner; Gregory N. Stillman and Wendy Cohen McGraw of Hunton & Williams; and Wayne O. Stacy* of Cooley LLP

   *No longer with Cooley LLP

Dated: September 21, 2016                               s/ Orion Armon
                                                        Orion Armon
                                                        Counsel for Plaintiff-Appellant,
                                                        CertusView Technologies, LLC

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## **CERTIFICATE OF SERVICE**

I certify that on September 21, 2016, a copy of the document:

**Notice of Motion Covered by Federal Rule of Appellate Procedure 4(a)(4)**

was served on counsel of record by Electronic Means (by email or CM/ECF).

| | |
|---|---|
| Orion Armon | /s/ Orion Armon |
| Name of Counsel | Signature of Counsel |

Cooley LLP
380 Interlocken Crescent Suite 900
Broomfield, CO  80021
Phone: (720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com

136676697